# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Celsius Network LLC and EDWIN T LAYNG IV     Bankruptcy Case No.: 22–10964–mg

MOHSIN Y. MEGHJI AS REPRESENTATIVE FOR THE
POST–EFFECTIVE DEBTORS

                           Plaintiff(s),

                                                          Adversary Proceeding No.
                                                          24–03667–mg

–against–

ALEXANDER MASHINSKY
Shlomi Daniel Leon
HANOCH GOLDSTEIN
RONI COHEN–PAVON
HARUMI URATA–THOMPSON
JEREMIE BEAUDRY
JOHANNES TREUTLER
KRISTINE MEEHAN MASHINSKY
ALIZA LANDES
AM VENTURES HOLDING, INC.
KOALA1 LLC
KOALA2 LLC
KOALA3 LLC
ALCHEMY CAPITAL PARTNERS, LP
BITS OF SUNSHINE LLC
FOUR THIRTEEN LLC

                                        Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| **Address of Clerk:** | |
|---|---|
| | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** | |
|---|---|
| | **Aaron Colodny** |
| | **White & Case LLP** |
| | **555 South Flower Street** |
| | **Suite 2700** |
| | **Los Angeles, CA 90071** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Courtroom 523 (MG), One Bowling Green, New York, NY 10004–1408<br><br>Date and Time: 8/27/24 at 10:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT

MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 7/18/24

Vito Genna

*Clerk of the Court*

By: /s/  Carmen Ortiz

*Deputy Clerk*