**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.*,<br><br>*Reorganized Debtors* | Chapter 11<br><br>Case No. 22-10964<br><br>**(Jointly Administered)** |

|  |  |
|---|---|
| Mohsin Y. Meghji, as Representative for the Post-Effective Date Debtors<br>*Plaintiffs,*<br><br>-against-<br><br>ALEXANDER MASHINSKY, SHLOMI DANIEL LEON, HANOCH GOLDSTEIN, RONI COHENPAVON, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, JOHANNES TREUTLER, KRISTINE MEEHAN MASHINSKY, ALIZA LANDES, AM VENTURES HOLDING, INC., KOALA1 LLC, KOALA2 LLC, KOALA3 LLC, ALCHEMY CAPITAL PARTNERS, LP, BITS OF SUNSHINE LLC, AND FOUR THIRTEEN LLC.<br>*Defendants.* | Adv. Proc. No.: _____<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

I, Kevin O'Brien, Esq., am admitted to practice in this court, and I appear in this case as counsel for Defendant Jeremie Beaudry.

Date: August 23, 2024 */s/ Kevin O'Brien*
Kevin O'Brien
NY Bar No. 5983713
King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: 212.287.4088
kobrien@kslaw.com