**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CELSIUS NETWORK LLC, *et al.,*<br>*Reorganized Debtors* | Chapter 11<br><br>Case No. 22-10964<br><br>**(Jointly Administered)** |
| Mohsin Y. Meghji, as Representative for the Post-Effective Date Debtors<br>*Plaintiffs,*<br><br>-against-<br><br>ALEXANDER MASHINSKY, SHLOMI DANIEL LEON, HANOCH GOLDSTEIN, RONI COHENPAVON, HARUMI URATA-THOMPSON, JEREMIE BEAUDRY, JOHANNES TREUTLER, KRISTINE MEEHAN MASHINSKY, ALIZA LANDES, AM VENTURES HOLDING, INC., KOALA1 LLC, KOALA2 LLC, KOALA3 LLC, ALCHEMY CAPITAL PARTNERS, LP, BITS OF SUNSHINE LLC, AND FOUR THIRTEEN LLC.<br>*Defendants*. | Adv. Proc. No.: No. 24-03667<br>_____<br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

I, Thaddeus D. Wilson, Esq., am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Jeremie Beaudry.

Date: August 23, 2024   */s/ Thaddeus D. Wilson*
Thaddeus D. Willson
GA Bar No. 596008
KING & SPALDING LLP
1180 Peachtree Street NE.
Suite 1600
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
thadwilson@kslaw.com