**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| Mohsin Y. Meghji, as Representative for the Post-Effective Date Debtors, | ) |
| | ) Adv. Proc. No. 24-03667 (MG) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Alexander Mashinsky, Shlomi Daniel Leon, Hanoch Goldstein, Roni Cohen-Pavon, Harumi Urata-Thompson, Jeremie Beaudry, Johannes Treutler, Kristine Meehan Mashinsky, Aliza Landes, Am Ventures Holding, Inc., Koala1 LLC, Koala2 LLC, Koala3 LLC, Alchemy Capital Partners, LP, Bits of Sunshine LLC, and Four Thirteen LLC, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| In re: | ) |
| | ) |
| CELSIUS CUSTOMER PREFERENCE ACTIONS.[1] | ) Adv. Proc. No. 24-04024 (MG) |
| | ) |
| | ) |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 1209 Orange Street, Wilmington, Delaware 19801.

### JOINT NOTICE OF ADJOURNMENT AND RESCHEDULING OF
### THE MARCH 19, 2026 DISCOVERY CONFERENCE TO MARCH 18, 2026

**PLEASE TAKE NOTICE** that the discovery conference in the above-captioned cases (the "**Discovery Conference**") previously scheduled before this Court on March 19, 2026, at 3:00 p.m. (Prevailing Eastern Time) has been adjourned.  The Discovery Conference shall now be held on **March 18, 2026, at 3:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Discovery Conference will be conducted virtually by Zoom for Government®.  See Chief Judge Glenn's chambers page on the Court website for information on how to make an eCourtAppearance and the link to do so: http://www.nysb.uscourts.gov/content/judge-martin-glenn.  Click on the eCourtAppearances tab to make your appearance for the Discovery Conference.  Please note that appearances must be entered by **4:00 p.m. (Prevailing Eastern Time) one business day before the Discovery Conference.**

Dated:   March 12, 2026          Respectfully submitted,
       New York, New York

*/s/ Aaron Colodny*
**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
Ronald Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com
      rgorsich@whitecase.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey
Jade H. Yoo

2

Kathryn J. Gundersen
Alice Hong
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
         jade.yoo@whitecase.com
         kathryn.gundersen@whitecase.com
         alice.hong@whitecase.com

– and –

**WHITE & CASE LLP**
Jason N. Zakia (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
Erin Rosenberg (admitted *pro hac vice*)
Lucas Curtis
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  jzakia@whitecase.com
         gregory.pesce@whitecase.com
         laura.baccash@whitecase.com
         erin.rosenberg@whitecase.com
         lucas.curtis@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
         devin.rivero@whitecase.com

*Counsel to the Litigation Administrator*