**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| Mohsin Y. Meghji, as Representative for the Post-Effective Date Debtors, | ) |
| | ) Adv. Proc. No. 24-03667 (MG) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Alexander Mashinsky, Shlomi Daniel Leon, Hanoch Goldstein, Roni Cohen-Pavon, Harumi Urata-Thompson, Jeremie Beaudry, Johannes Treutler, Kristine Meehan Mashinsky, Aliza Landes, Am Ventures Holding, Inc., Koala1 LLC, Koala2 LLC, Koala3 LLC, Alchemy Capital Partners, LP, Bits of Sunshine LLC, and Four Thirteen LLC, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF IN-PERSON CONFERENCE

**PLEASE TAKE NOTICE** that a conference in the above-captioned case (the "**Conference**") will be held on **March 25, 2026, at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Conference will be conducted in person,

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 1209 Orange Street, Wilmington, Delaware 19801.

at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

U.S. Custom House, One Bowling Green, Courtroom No. 523, New York, New York 10004**.**

Dated:    March 22, 2026                    Respectfully submitted,
          New York, New York

                                    */s/ Aaron Colodny*
                                    **WHITE & CASE LLP**
                                    Aaron Colodny (admitted *pro hac vice*)
                                    555 South Flower Street, Suite 2700
                                    Los Angeles, California 90071
                                    Telephone: (213) 620-7700
                                    Facsimile: (213) 452-2329
                                    Email: aaron.colodny@whitecase.com

                                    – and –

                                    **WHITE & CASE LLP**
                                    Jade H. Yoo
                                    Kathryn J. Gundersen
                                    1221 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone: (212) 819-8200
                                    Facsimile: (212) 354-8113
                                    Email:  jade.yoo@whitecase.com
                                            kathryn.gundersen@whitecase.com

                                    – and –

                                    **WHITE & CASE LLP**
                                    Jason N. Zakia (admitted *pro hac vice*)
                                    Gregory F. Pesce (admitted *pro hac vice*)
                                    Erin Rosenberg (admitted *pro hac vice*)
                                    111 South Wacker Drive, Suite 5100
                                    Chicago, Illinois 60606
                                    Telephone: (312) 881-5400
                                    Facsimile: (312) 881-5450
                                    Email:  jzakia@whitecase.com
                                            gregory.pesce@whitecase.com
                                            erin.rosenberg@whitecase.com

                                    *Counsel to the Litigation Administrator*